UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION

CASE NO. 6:19-bk-04544-KSJ
CHAPTER 7

IN RE:

RAYMOND O MERCIER, III
aka Ray Mercier,
          Debtor(s)

                        /

**CREDITOR'S MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**
*Subject Property:*  1080 E HANCOCK DR
DELTONA, FLORIDA 32725

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

    Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

    If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Taji Foreman, Esq., at Kahane & Associates, P.A., 8201 Peters Road, Ste 3000, Plantation, FL 33324, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

    If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Creditor, SELECT PORTFOLIO SERVICING INC., AS LOAN SERVICER FOR U.S. BANK

NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF

FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED

CERTIFICATES, SERIES 2006-FF18, ("Creditor"), by and through undersigned counsel and

pursuant to 11 U.S.C. §362(d), Fed. Rule Bankr. P. 4001 moves this Court for relief from the automatic stay to proceed *in rem,* and states:

1.    The Court has jurisdiction over the subject matter herein.

2.    On or about October 6, 2006, Penny Mercier and Raymond Mercier executed and delivered a promissory note (the "Note"), and a mortgage securing payment of the Note (the "Mortgage").  Creditor is entitled to enforce the Note, a true and correct copy of which is attached hereto as Exhibit "A".

3.    The Mortgage was recorded on November 7, 2006 in the Official Records, Book 5948 at Page 4804 Instrument No. 2006-279312 of the Public Records of VOLUSIA, County Florida and encumbered the property described in the Mortgage.  A true and correct copy of the Mortgage is attached hereto as Exhibit "B".  The Creditor is a secured creditor through the Note and Mortgage executed on October 6, 2006 in the amount of $162,400.00.

4.    The Mortgage was subsequently assigned to U.S. BANK  NATIONAL ASSOCIATION, SUCCESSOR TRUSTEE TO BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE TO LASALLE BANK, N.A., AS TRUSTEE FOR HOLDERS OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18,  by virtue of an assignment of mortgage (the "Assignment of Mortgage") recorded on July 25, 2011 in the Official Records Book 6614, at Page 2939, of the Public Records of VOLUSIA County, Florida.   A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".

5.    The loan was subsequently modified pursuant to the Loan Modification Agreement, a true and correct copy of which is attached hereto as Exhibit "D".

6.      Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and

Mortgage and, as such, has the authority to initiate the instant action and any foreclosure on the

Creditor's behalf pursuant to a Power of Attorney, attached hereto as Exhibit "E".

7.      The Creditor has the right to foreclose on the subject property.

8.      Raymond O. Mercier, III  aka Ray Mercier ("Debtor") is in default under the Note and

Mortgage and is not adequately protecting the Creditor.

9.      The Debtor filed this voluntary Chapter 7 proceeding on July 12, 2019.

10.     The Creditor holds a security interest in the subject property located at 1080 E

HANCOCK DR, DELTONA, FLORIDA 32725 ("Property"), more fully described in the

Mortgage attached as Exhibit "B".  The legal description for the Property is as follows:

> **LOT 31, BLOCK 35, DELTONA LAKES UNIT TWO, ACCORDING TO
> THE PLAT THEREOF, AS RECORDED IN MAP BOOK 25, PAGES 101-
> 104, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.**

11.     Based on the Debtor's Schedules, the Property Surrender.  Pursuant to the valuation,

attached hereto as Exhibit "F"  the property is valued at $152,801.00.

12.     The amount due to the Creditor as of July 18, 2019 is $266,026.52.  The Amount due

exceeds the Property's value as stated above, so there is no equity in the Property.

13.     The Creditor maintains that cause exists pursuant to 11 U.S.C. §362(d)(1) for the

automatic stay to be lifted.  The Creditor's security interest in the subject property is being

significantly jeopardized by the Debtor's failure to make regular payments under the Note and

Mortgage while Creditor is prohibited from pursuing lawful remedies to protect such interest.

The default is based on the contractual default.  The contractual monthly mortgage payment is

$886.17, which is comprised of principal and interest, as well as escrow, if applicable.  The

Debtor is indebted to the Creditor in the total amount of $266,026.52.

14.     Creditor further seeks relief to, at its option, offer, provide, and enter into any potential loan assistance agreement.  Creditor requests that it may contact the Debtor via telephone or written correspondence to offer such an agreement.

15.     Select Portfolio Servicing, Inc. is servicing the loan on behalf of the Creditor.  Any payments made to the Creditor must be sent to:

> Select Portfolio Servicing, Inc.
> Attn:  Remittance Processing
> P.O. Box 65450, Salt Lake City, UT 84165-0450

16.     Creditor respectfully requests that the Court waive the fourteen (14) day stay of the order granting relief pursuant to Fed. Rule Bankr. P. 4001 (a)(3), so that Creditor can pursue its *in rem* remedies without further delay.

WHEREFORE, Creditor, SELECT PORTFOLIO SERVICING INC., AS LOAN SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18, prays that this Court issue an order terminating or modifying the stay, and that the fourteen (14) day stay of the order pursuant to Fed. Rule Bankr. P. 4001 (a)(3) be waived or, in the alternative, that the Debtor(s) be directed forthwith to make regular cash payments that would adequately protect Creditor's interest. Additionally, Creditor requests this Court award any other relief this Court deems just and proper. DATED this _____25-th_____ day of _____July_____, 2019.

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone:  (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
☐ Marc G. Granger, Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☑ Taji Foreman, Esq., Fla. Bar No.: 58606

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this _25th of July_ , 2019, I served a copy of

the foregoing either electronically and/or via first class U.S. mail upon:


**Raymond O. Mercier, III**
*aka* **Ray Mercier**
1080 East Hancock Drive
Deltona, FL 32725

**Stacy A Eckert**
Stacy A Eckert PA
2445 South Volusia Avenue
Suite C-1
Orange City, FL 32763

*Trustee*
**Marie E. Henkel**
3560 South Magnolia Avenue
Orlando, FL 32806

*U.S. Trustee*
**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801


Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By: _____
☐ Marc G. Granger , Esq., Fla. Bar No.: 146870
☐ Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
☑ Taji Foreman, Esq., Fla. Bar No.: 58606

